## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>RIGO JUNIOR SANDOVAL,<br><br>              Defendant. | Case No. _____<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 - Importation of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl) (Felony) |
|---|---|

The United States Attorney charges:

On or about February 8, 2022, within the Southern District of California, defendant, RIGO JUNIOR SANDOVAL, did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 02/28/2022 .

RANDY S. GROSSMAN
United States Attorney

*[signature]*

DAVID M. BERMAN
Assistant U.S. Attorney

DMB:sc:2/28/2022